# ZIMMERMAN, AXELRAD, MEYER, STERN & WISE, P.C.
### ATTORNEYS AT LAW

3040 POST OAK BOULEVARD
SUITE 1300
HOUSTON, TEXAS 77056-6560

---

DIRECT DIAL: (713) 212-2641
DIRECT FAX: (713) 212-2740
TELEPHONE: (713) 552-1234
EMAIL: lmeyer@zimmerlaw.com

LEONARD J. MEYER
*SHAREHOLDER*

*Board Certified Civil Trial Law*
*Texas Board of Legal Specialization*

June 30, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON TEXAS

JUL 02 2015

CHRISTOPHER A. PRINE
CLERK

***Via Regular Mail***
Mr. Christopher A. Prine
Clerk of the Court
Texas Court of Appeals
First District
301 Fannin, 2nd Floor
Houston, Texas 77002

Re: Court of Appeals No.: 01-12-01086-CV
Trial Court Case No.: 2009-03407

Style: *DJ Stephanco Auto Services, LLC and David Stephan v. Alnoor and Shelina Malick*

Dear Mr. Prine:

Enclosed is a copy of the March 26, 2014 decree in which the United States Bankruptcy Court for the Southern District of Texas granted John Matthew Rembert a discharge under section 727 of Title 11, United States Code. The Bankruptcy Court's decree has rendered the appeal by Mr. Rembert moot. Further, Mr. Rembert has requested a dismissal of his appeal and our clients, which upon information and belief are the sole remaining adverse party, do not oppose his request to dismiss his appeal. Accordingly, we would respectfully request that the Court consider dismissing this matter in accordance with Mr. Rembert's request as a matter of judicial efficiency.

Should you have any questions, please do not hesitate to call me.

Sincerely

*/s/ Leonard J. Meyer*
Leonard J. Meyer
For The Firm

LJM/lbg
Enclosure

Cc: John Matthew Rembert
5540 S. Peek
Katy, Texas 77450

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

## Southern District of Texas
### Case No. <u>13–37868</u>
### Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Matthew Rembert
aka Matthew Rembert, aka Matt Rembert,
fdba Rembert Realty, fdba Network Real
Estate & Property Management
5522 Hummingbird St.
Houston, TX 77096–4922

Debra S. Rembert
5522 Hummingbird St.
Houston, TX 77096–4922

Social Security / Individual Taxpayer ID No.:
   xxx–xx–0571                                   xxx–xx–0039

Employer Tax ID / Other nos.:

# DISCHARGE OF DEBTOR

It appearing *that the debt*or is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>3/26/14</u>

<u>David R Jones</u>
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**ZIMMERMAN, AXELRAD,**
**MEYER, STERN & WISE, P.C.**
ATTORNEYS AT LAW
3040 POST OAK BOULEVARD, SUITE 1300
HOUSTON, TEXAS 77056-6560



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL - 2 2015

CHRISTOPHER A. PRINE
CLERK



UNITED STATES POSTAGE
PITNEY BOWES
$ 000.48⁵
02 1P
0000804181    JUN 30 2015
MAILED FROM ZIP CODE 77056



RECEIVED
APPEALS
XAS

JUL - 2 2015

PRINE

Mr. Christopher A. Prine
Clerk of the Court
Texas Court of Appeals
First District
301 Fannin, 2nd Floor
Houston, Texas 77002